ARTHUR J. MATTESON vs. BENJAMIN MOONE.

PROVIDENCE—APRIL 17, 1903.

PRESENT: Stiness, C. J., Tillinghast and Douglas, JJ.

(1) *Contracts. Statute of Frauds. Promise in Writing to Pay Debt of Another.*

Plaintiff sues A. to recover price of goods delivered to X. The books of plaintiff show that credit was given to X. as well as to A.:—

*Held,* that the promise of A., if any were made, was collateral and not binding unless in writing.

ASSUMPSIT. Heard on petition of defendant for new trial, and petition granted.

(1)    PER CURIAM. The plaintiff in this case sues to recover the price of groceries delivered to one Willam B. Riddle. The claim that defendant's son was authorized to contract for these goods in his father's name is based upon quite unsatisfactory evidence; but the books and letters of the plaintiff prove that credit was given to Riddle as well as to the defendant. In such case the promise of the defendant, if any were made, must be held to be collateral and not binding upon him, because not made in writing. The case is governed by the decision in *Wood* v. *Patch,* 11 R. I. 445.

The case will be remanded to the Common Pleas Division with direction to enter judgment for the defendant.

*Matteson & Healy,* for plaintiff.
*George A. Littlefield,* for defendant.